AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BRIAN TODD

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1010-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  October 16, 2000  in  Middlesex  county, in the

District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

take and carry away, with intent to steal or purloin, property exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any bank,

in violation of Title  18  United States Code, Section(s)  2113(b) and 2 .

I further state that I am a(n)  Special Agent, FBI  and that this complaint is based on the following
Official Title

facts:

See attached affidavit of FBI Special Agent Todd I. Richards.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_Todd I. Richards_
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/5/04 at Boston, Massachusetts
Date  City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE  _Judith Gail Dein_
Name & Title of Judicial Officer  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.