AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BRIAN TODD

**WARRANT FOR ARREST**

CASE NUMBER: 04M-1010-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  BRIAN TODD
                                      Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
taking more than $1,000 from a bank

in violation of Title __18__ United States Code, Section(s) 2113 and 2

JUDITH GAIL DEIN
Name of Issuing Officer

/s/ Judith Gail Dein
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3/5/04 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
ARREST ARRAIGNMENT
DEFENDANT ON 3/9/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.