```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN TODD | ) CR. NO. 04M-1010-JGD |
| | ) |

**ASSENTED-TO MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the probable cause hearing in this matter, presently scheduled for March 29, 2004, for a period of at least four weeks to accommodate counsels' schedules and to provide the parties with the opportunity to discuss issues relating to the case and its potential resolution.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         BY:  /s/ Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3105
```

March 25, 2004

CERTIFICATE OF SERVICE

Suffolk, ss.                                      Boston, Massachusetts
                                                  March 25, 2004

    I hereby certify that I served a copy of the foregoing pleading this day on counsel for the defendant, Scott F. Gleason, 163 Merrimack, Haverhill, MA 01830.

                                                           DONALD L. CABELL
                                                           Assistant U.S. Attorney