UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN TODD | ) CR. NO. 04M-1010-JGD |
| | ) |

## JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The parties hereby jointly move that the Court continue the probable cause hearing in this matter, presently scheduled for April 30, 2004, for a period of at least thirty days to accommodate counsels' schedules and to provide the parties with the opportunity to discuss issues relating to the case and its potential resolution. In so moving, the defendant explicitly waives his right to a preliminary examination within 30 days of the filing of the criminal complaint.

BRIAN TODD
By His Attorney

*/s/ Scott Gleason (D.C.)*
SCOTT F. GLEASON, ESQ.
163 Merrimack
Haverill, MA
(978) 521-4044

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ D. Cabell*
DONALD L. CABELL
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3105

April 29, 2004