UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 28  A 8:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. )
)
BRIAN TODD )  CR. NO. 04-
)

## JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The parties hereby jointly move that the Court continue the probable cause hearing in this matter, presently scheduled for June 2, 2004, for at least one week. In support of the motion, the government states that it was unaware that the principal agent assigned to the case will be unavailable for the week of May 31-June 4, 2004. Moreover, the one week continuance would allow the parties to continue discussions regarding the case and its potential resolution. Accordingly, the defendant, who has waived his right to a preliminary examination within 30 days of the filing of the criminal complaint, joins in the motion.

BRIAN TODD
By His Attorney

/s/ Scott Gleason (o..)
SCOTT F. GLEASON, ESQ.
163 Merrimack
Haverill, MA
(978) 521-4044

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3105

May 28, 2004