UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8  P 4: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| BRIAN TODD | ) | CR. NO. 04M-1010-JGD |

## JOINT MOTION TO CONTINUE PROBABLE CAUSE HEARING

The parties hereby jointly move that the Court continue the probable cause hearing in this matter, presently scheduled for June 9, 2004, to June 17th, to accommodate counsels' schedules; the defendant previously waived his right to a preliminary examination within 30 days of the filing of the criminal complaint.

BRIAN TODD
By His Attorney

*(signature)*
SCOTT F. GLEASON, ESQ.
163 Merrimack
Haverill, MA
(978) 521-4044

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*
DONALD L. CABELL
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3105

June 8, 2004