AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

Brian Todd

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04M - 1010 - JGD

I, __Brian Todd__, charged in a ☒ complaint ☐ petition pending in this District __of Massachusetts__ in violation of __Title 18__, U.S.C., __Section 2113-0 2__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

6/17/04
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant