UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04CR 10246 PBS |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| BRIAN TODD and | ) | 18 U.S.C. § 2113(b)-- |
| SHAUN TODD | ) | Bank Larceny |
| | ) | |

INDICTMENT

COUNT ONE:     (18 U.S.C. § 2113(b)-- Bank Larceny)

The Grand Jury charges that:

On or about October 16, 2000, at Wilmington, in the District of Massachusetts,

BRIAN TODD and SHAUN TODD,

defendants herein, did take and carry away, with intent to steal and purloin, money exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of a bank, to wit: $100,000 from an automated teller machine at 223 Lowell Street in Wilmington, Massachusetts.

All in violation of Title 18, United States Code, Sections 2113(b) and 2.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
DONALD L. CABELL
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; _8-18_, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04 CR 1 0 2 4 6 PBS**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. II   Investigating Agency  FBI

City  Wilmington   Related Case Information:

County  Middlesex   

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  04-1010-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Brian Todd   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: 1976   SS#: 4566   Sex: M   Race: White   Nationality: American

Defense Counsel if known:  Scott F. Gleason   Address: 163 Merrimack
Haverhill, MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Donald L. Cabell   Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:  March 9, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  M.J. Judith Dein   on  March 9, 2004

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment
Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 18, 2004   Signature of AUSA: _(signed)_

◈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Brian Todd

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §2113(b) | Bank Larceny | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** FBI

brian todd js45.wpd - 3/13/02

%JS 45 (5/97) - (Revised USAO MA 3/25/02)   4 CR 1 0 2 4 6 PBS

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           Category No. __II__         Investigating Agency __FBI__

City __Wilmington__             **Related Case Information:**

County __Middlesex__            Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____           New Defendant _____
                                Magistrate Judge Case Number   __04-1009-JGD__
                                Search Warrant Case Number   _____
                                R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name __Shaun Todd__                    Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: __1978__   SS#: __2739__   Sex: __M__   Race: __White__   Nationality: __American__

Defense Counsel if known:  __Scott F. Gleason__   Address: __163 Merrimack__
                                                           __Haverhill, Mass.__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__                Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

   ☐ Warrant Requested          ☒ Regular Process           ☐ In Custody

**Location Status:**

Arrest Date:  __March 9, 2004__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __M.J. Judith Dein__  on __March 23, 2004__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  __August 18, 2004__        Signature of AUSA:  _/s/ Donald Cabell_

**04 CR 10246 PBS**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Shaun Todd

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §2113(b) | Bank Larceny | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:    FBI

shaun todd js45.wpd - 3/13/02