UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04 - 10246 - PBS

FILED
US OFFICE

2004 SEP 10 P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA,

v.

BRIAN Todd

## WAIVER OF RIGHT TO SEPARATE COUNSEL

I, _BRIAN ToDD_____, have been advised by United

States Magistrate Judge Judith Gail Dein of some of the risks confronted where

defendants in the same trial are represented by the same counsel. I have discussed

these risks with my counsel and understand the nature of those risks. I have been

further advised by United States Magistrate Judge Judith Gail Dein that I have an

absolute right to retain separate counsel or, if financially qualified, to have separate

counsel appointed by the court and paid for by the government.

Being fully aware of the possible risks where defendants are jointly represented

and of my right to separate counsel, I nevertheless choose to proceed being

represented by _Scott F. Gleason, Esq._ who also

represents other defendant(s) in this case.

_____
Defendant

_____
Witness

Dated: _9-8-04_____