UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10246-PBS

UNITED STATES OF AMERICA

v.

BRIAN TODD and SHAUN TODD

**FURTHER ORDER ON EXCLUDABLE TIME**

October 20, 2004

DEIN, M.J.

An Initial Status Conference was held before this Court on October 20, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 20, 2004 through November 29, 2004

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated September 8, 2004 and this order, at the time of the Final Status Conference on November 29, 2004, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (October 6, 2004 - October 19, 2004) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

          / s / Judith Gail Dein
          JUDITH GAIL DEIN
          United States Magistrate Judge