# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

October 20, 2004

*IN HAND*

Donald L. Cabell, Assistant US Attorney
UNITED STATES ATTORNEY'S OFFICE
1 Courthouse Way, Suite 9200
Boston, MA 02201

Re:   *United States of America v. Todd, et. al.*
      *Case Number: 04-10246-PBS*

Dear Attorney Cabell:

The defendants hereby request the following discovery pursuant to L.R. 116.3(A):

1. All Grand Jury minutes.

2. All reports and records relating to the investigation conducted by the FBI including, but not limited to, all FBI 302 reports and witness statements.

3. All videotapes relating to the alleged crime scene for the date in question.

4. All documents and materials relating to all activity at the ATM in question on the date of the alleged offense including, but not limited, to computer logs and videotapes.

5. All documents and materials relating to any and all deposits/withdrawals by Brinks Incorporated at the ATM on the date of the alleged offense.

6. All reports and records of any local police investigation into the alleged offense.

7. All documents and materials relating to the alarm code and combination to the drop safe on the date of the alleged offense and for three (3) months prior thereto including, but not limited to, any changes in the code or combination during that time period.

---

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE

8. All documents and materials indicating the identity of any and all witnesses discovered by the Government and any and all statements of said witnesses, whether written or oral.

9. Any and all statements of the defendant, whether written or oral.

10. Any and all statements of Tanya Tinkham, whether written or oral.

11. Any and all records of prior convictions of any person the Government intends to call as a witness of trial.

12. Any and all personnel records of Brian Todd including, but not limited to, any and all documents and materials concerning his return of property to Brinks Incorporated after his separation from employment.

Thank you.

Very truly yours,

Scott F. Gleason

SFG/mkf

cc: Clerk's Office