UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10246-PBS

UNITED STATES OF AMERICA

v.

BRIAN TODD and SHAUN TODD

## FURTHER ORDER ON EXCLUDABLE TIME

November 29, 2004

DEIN, M.J.

An Interim Status Conference was held before this Court on November 29, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 29, 2004 through January 6, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated September 8, 2004, October 20, 2004 and this order, at the time of the Final Status Conference on January 6, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (October 6, 2004 - October 19, 2004) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

                                                              / s / Judith Gail Dein
                                                              JUDITH GAIL DEIN
                                                              United States Magistrate Judge