UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | |
| ) | |
| BRIAN TODD and    ) | CR. NO. 04-10246-PBS |
| SHAUN TODD    ) | |

### ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the status conference in this matter, presently scheduled for January 6, 2005, to another date, to accommodate a scheduling conflict on the part of the undersigned AUSA.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                        BY:   /s/Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3105

January 6, 2005

### CERTIFICATE OF SERVICE

Suffolk, ss.                                    Boston, Massachusetts
                                                March 25, 2004

    I hereby certify that I served a copy of the foregoing pleading this day on counsel for the defendant, Scott F. Gleason, 163 Merrimack, Haverhill, MA 01830.

 

_____
DONALD L. CABELL
Assistant U.S. Attorney