UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10246-PBS

UNITED STATES OF AMERICA

v.

BRIAN TODD and SHAUN TODD

### FURTHER ORDER ON EXCLUDABLE TIME

January 7, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for January 6, 2005. The government, with the assent of the defendants, has requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 6, 2005 - January 19, 2005

that being the time between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for January 19, 2005 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge