```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )
BRIAN TODD and                  )    CR. NO. 04-10246-PBS
SHAUN TODD                      )
```

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the status conference in this matter, presently scheduled for February 18, 2005, to another date.  In support of the motion, the undersigned AUSA has been advised that counsel for the defendants is ill with the flu and unable to attend the conference.  The defendant accordingly assents to the motion, and further agrees that the time encompassed by the continuance is excludable for purposes of the Speedy Trial Act.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         BY:  /s/Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3105
```

February 17, 2005

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            March 25, 2004

    I hereby certify that I served a copy of the foregoing pleading this day on counsel for the defendant, Scott F. Gleason, 163 Merrimack, Haverhill, MA 01830.

                                                                   _____
                                            DONALD L. CABELL
                                            Assistant U.S. Attorney