UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10246-PBS

UNITED STATES OF AMERICA

v.

BRIAN TODD and SHAUN TODD

## FURTHER ORDER ON EXCLUDABLE TIME

February 18, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this court for February 18, 2005. The government, with the assent of the defendants, has requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 18, 2005 - March 4, 2005

that being the time between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for March 4, 2005 at 10:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference**. In addition, the parties shall include in the Joint Memorandum not only the periods

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

                                         / s / Judith Gail Dein
                                   JUDITH GAIL DEIN
                                   United States Magistrate Judge