UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10246-PBS

UNITED STATES OF AMERICA

v.

BRIAN TODD and
SHAUN TODD

**FINAL STATUS REPORT**

March 4, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, March 4, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary, although discussions between the parties are continuing.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendants do not intend to file any dispositive motions.

5. Based upon the prior orders of the court dated September 8, 2004, October 20, 2004, November 29, 2004, January 7, 2005, January 19, 2005 and February 18, 2005, as of this date there are fourteen (14) days of non-excludable time under the Speedy Trial Act (October 6, 2004 - October 19, 2004) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the trial will last approximately five (5) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge