UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  04-10246-PBS |
| v. | |
| BRIAN TODD and<br>SHAUN TODD | |

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                              March 9, 2005

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **March 22, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                By the Court,

                                /s/ Robert C. Alba
                                Deputy Clerk

Copies to:  All Counsel