UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10246-PBS |
| v. | |
| BRIAN TODD<br>SHAUN TODD | |

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                              May 4, 2005

      The Final Pretrial Conference previously scheduled for June 28, 2005, has been **rescheduled** to **June 23, 2005, at 9:00 a.m.**

      By the Court,

      _Robert C. Alba_
      Deputy Clerk

Copies to:  All Counsel

resched.ntc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10246-PBS |
| v. | |
| BRIAN TODD<br>SHAUN TODD | |

**NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                          May 4, 2005

      The Final Pretrial Conference previously scheduled for June 28, 2005, has been **rescheduled** to **June 23, 2005, at 9:00 a.m.**

      By the Court,


_Robert C. Alba_
Deputy Clerk


Copies to:  All Counsel


resched.ntc