UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Number: 04-10246-PBS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>BRIAN TODD and )<br>SHAUN TODD )<br>) | FILED<br>In Open Court<br>USDC, Mass.<br>Date 6-23-05<br>By _____<br>Deputy Clerk |

### DEFENDANTS' PROPOSED WITNESS LIST

NOW COMES the Defendants in the above-entitled matter and states that his witness list is as follows:

1. Taryn Tinkham
   (address unknown)

2. Audrey Todd
   Derry, New Hampshire

3. Kevin Todd
   Derry, New Hampshire

4. Crystal Todd
   Haverhill, Massachusetts

Dated: June 23, 2005

RESPECTFULLY SUBMITTED
FOR DEFENDANTS
BY HIS ATTORNEY

_____
Scott F. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044

CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire, do hereby certify that I have this date filed in hand a copy of the within document to Donald L. Cabell, Assistant U.S. Attorney at the United States District Court, Boston, MA.

Dated: June 23, 2005

_____
Scott F. Gleason, Esquire