```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )
                            )
BRIAN TODD and              )    CR. NO. 04-10246-PBS
SHAUN TODD                  )
```

## MOTION TO CONTINUE TRIAL

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, respectfully moves that the Court continue the trial in this matter, presently scheduled for September 12, 2005, to another date to deal with a family medical emergency which the undersigned AUSA has recently become aware of, and which will require the AUSA to spend some time out of the office.  The government was unable to reach counsel for the defendant and therefore is unable to state whether he assents to the government's motion.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                    BY:  /s/Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3105
```