**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim. No. 04-10246-PBS** |
| | ) | |
| **BRIAN TODD and** | ) | |
| **SHAUN TODD** | ) | |

<u>**NOTICE OF APPEARANCE OF S. WAQAR HASIB**</u>

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: <u>/s/ S. Waqar Hasib</u>
S. WAQAR HASIB
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Date: September 22, 2005    (617) 748-3674

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                              Boston, Massachusetts
                                          September 22, 2005

       I, S. Waqar Hasib, Assistant U.S. Attorney, do hereby certify
that I have this day served a copy of the foregoing on Defendants'
counsel by electronic filing.


                         <u>/s/ S. Waqar Hasib</u>
                         S. WAQAR HASIB
                         Assistant U.S. Attorney