UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                    )<br>)<br>BRIAN TODD and            )<br>SHAUN TODD                )  | CR. NO. 04-10246-PBS |

**<u>GOVERNMENT'S LIST OF WITNESSES</u>**

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(1) Pamela Ann Zaccheo, Bank of America, Salem, NH;
(2) Keeper of Records, Fleert Bank/Bank of America;
(3) Sharon Despres, Pelham, NH;
(4) Keeper of Records, Brinks, Inc.;
(5) Mark Linton, Brinks, Inc., Lawrence, MA;
(6) Michael Tyson, Salisbury, MA;
(7) Jeffrey Allan Hosfeld, Lynchburg, Virginia;
(8) Richard Levesque, Keeper of Records, Pro Sound;
(9) Justin O'Neil, Plaistow, NH;
(10) Matthew Ferraro, Salem, NH
(11) Keith Gage, Merrimac, NH;
(12) Keeper of Records, Rockingham Toyota, Salem, NH;
(13) Daniel Jones, Interstate Used Cars, Plaistow, NH;
(14) Charles Campbell, McZee's Used Car and Truck Factory, Plaistow, NH;
(15) Stephen Kleiner, McZee's Used Car and Truck Factory, Plaistow, NH;
(16) Taryn Tinkham, Hamilton, MA; and
(17) Gerald Mohan, FBI.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney


                    BY:  /s/Donald L. Cabell
                         DONALD L. CABELL
                         S. WAQAR HASIB
                         Assistant U.S. Attorneys
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
```