UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Number: 04-10246-PBS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| BRIAN TODD and | ) |
| SHAUN TODD | ) |
|  | ) |

## DEFENDANTS' EXHIBIT LIST

A. Photograph of the defendant Shaun Todd, dated August 17, 2000.

B. Photograph of defendant Shaun Todd, dated December 25, 2000.

Dated: September 25, 2005

RESPECTFULLY SUBMITTED
FOR DEFENDANTS
BY THEIR ATTORNEY

/s/ Scott F. Gleason
Scott F. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044

CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire, do hereby certify that I have this date filed a copy of the within Defendants' Exhibit List to Donald L. Cabell, Assistant U.S. Attorney at the United States District Court, Boston, MA by electronic filing.

Dated: September 25, 2005

/s/ Scott F. Gleason
Scott F. Gleason, Esquire