UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BRIAN TODD and
SHAUN TODD

CRIMINAL ACTION
NO. 04-10246-PBS

### ORDER

SARIS, U.S.D.J.                                                                 January 13, 2006

      This court having been notified by U.S. Probation that the restitution payee indicated in Judgment number 68 and 69 is to be change to: Brinks, Inc., 555 Dividend Drive, Coppell, TX 75019, Attn.: James Smith, it is hereby ORDERED that the restitution payee change be made part of the record.

                                                                   Patti B. Saris
                                                      United States District Judge

Copies to: All Counsel