# CHILDREN'S MEDICAL OFFICE OF NORTH ANDOVER, P.C.

477 ANDOVER STREET
NORTH ANDOVER, MA. 01845

(978) 975-3355
HTTP://WWW.CHMED.COM/

DAVID A. ANSEL, MD, FAAP
JASMIN F. BHATHENA, MD, FAAP
MARGARET R. BARSAM, MD, FAAP
RON SCHNEEBAUM, MD, FAAP
MARNIE BURTON, MSN, CPNP
TINA CONNELLY, MSN, CPNP
KIM SABATINO, MSN, CPNP

February 3, 2006

*Request for Parental Visitation*

RE:   Logan Todd
      DOB:  9/6/2001
      MR#   5054.3

To Whom It May Concern:

Logan is a patient of mine with global developmental delays, generalized hypotonia, a seizure disorder, hemifacial microsomia, leg length discrepancy, and macroglossia. He is presently non-ambulatory and wheelchair-bound.

Family disruption can be extremely difficult for a child with Logan's disabilities, and it is particularly important for Logan to be able to maintain a stable, consistent relationship with his father at this time.

I would appreciate any support you may extend to Logan and his mother during this difficult time for the family, while maintaining the integrity of your institutional requirements.

If I may be of further assistance, please do not hesitate to contact me at 978-265-1855 or by email.

Sincerely,

David A. Ansel, M.D., F.A.A.P.
*Board Certified in*
*Developmental-Behavioral Pediatrics*
Email: *dransel@chmed.com*

daa/gaa

"EXHIBIT A"