July 18, 2006

Brian,

I have been calling your mother leaving her messages; she will not return my calls. I have asked her to take the kids and the answer has been no. Well what has changed nothing, she can never take her own grandson it's pretty pathetic. I need a break I'm not feeling well lately and no one is helping me. Rich and Miranda are always to busy or working. They are getting married next year went with Miranda to look at wedding dresses. Cheryl and mom can go fuck themselves for all I care. I asked mom for the money she owes me for the wedding and Cheryl I found out there is an electric bill from October 2000 she never paid. So they changed there phone numbers and have been talking shit saying hah crystal don't have me to sit for her anymore poor crystal but you now how they work all for them fucking selves. John he is a fucking another story all together cant even pay board drinks the last of the milk the kids have no milk for breakfast goes out drinking comes home puking all over the bathroom on the rugs toilet im so fed up with everything. The Volvo is running like shit, the door is not closing, the strut mount is busted I had the strut replaced that's what the mechanic said was wrong 200 dollars later oh the strut mount needs to be replaced, the ac and heat does not work, the brakes are bad and squeak, the drivers side seat motor is completely gone remember it worked when it wanted to well when John was driving it he put it back to fit him now it wont go forward 300 for a new seat motor, 400 for the heat core and god only knows how much to fix the brakes and door. I can not drive it down there it would not be safe for the kids and Logan with no ac not happening. I don't know how I'm going to do school clothes I can barely buy food macaroni and cheese and Celeste pizzas have been meals great meals. Ya right!!!! Well I finally got the kids to write. Colton was crying he really hates it and Dalton we know Dalton he is just to dam lazy or he forgets he says. Well I hope you can talk some sense into your parents cause they obliviously don't care.

Crystal

Also I sawa letter to Dennis what was that all about? And what is being done w/ the capitol one papers I sent you please let me know.

"EXHIBIT B"