Brian,

    Well let's see, I figured you might want to know a few things going on around here. Colton and Dalton's bikes were stoling on Thursday right out of the back yard they where under the porch, so Dalton went two houses over to his friends house and was playing on the trampoline and the padding came off the side were the springs are and he landed on it and it went in his head pretty deep he has a good size gash in his head which required staples it would not stop bleeding. He was knocked out and did not remember what happened the parents brought him home to me. We spent four hours at the hospital and he had a head CT and has a concussion. He is doing ok now just hard to sleep with the staples in his head. Logan has been real fussy a few seizures he has lost the feeding himself. Doctor Torres has ordered blood work to see his levels. I am still losing weight and have been to the Doctor's several times, my hair is falling out badly still, almost bald in spots. The doctor is checking my thighroid for an in balance. Remember my heavy bleeding well it stopped for a few months didn't bleed at all for 3 months now it's real heavy again hemorrhaging and blood clots. Yesterday I went to market basket to pick up a few groceries and the Volvo died, so now I have no car " great isn't it." I was in market basket for two minutes got in the car started it, put it in reverse and it died would not start. Capital One keeps sending me nasty letters did you take care of that yet please let me know? Any news on when your coming home? I really need you home I cant do this on my own any more. I can barely pick up Logan the boys have been doing it for me cause I just bleed more and more I hope I don't have uterine cancer like Cheryl did. You need to find out from Scott if my health gets any worse what can be done to get you home. I did let him know a few months ago your parents were not helping out at all. Even though the judge said to and they should be cause they are there grand kids. Find out if I need to submit my health records if it will help. Also why are you trying to get Logan's medical records do you think they would not contact me they know where you are because of the letter they had to write so I could visit you with Logan's wheelchair. The court even called me that you requested info on the divorce. So why is it not good for you to call here? I not trying to be a bitch or be nasty just curious had these questions for a while and would like to know why. ~~[redacted]~~ I really need you to get home quickly these kids need you home too. I don't know how much more I can go threw. I know it's not your choice to be there and I have been pretty horrible but I'm truly sorry for all I have done to you if something happens to me these kids need you. I NEED YOU I'm feeling pretty alone being sick and no one here for me but you always where. You have been my whole life and now your gone. I need you now more than ever I feel like I'm dieing slowly that's the truth, they need to figure out what is wrong with me soon.

                                                Crystal

"EXHIBIT C"