August 3, 2006

Brian,

I know things have been pretty fucking shitty between us lately and I have done a horrible thing by being with Dave and filing for a divorce. I cant say Im sorry enough or ever expect you to forgive me. I have been under alot of fucking stress and cant even deal with it any more between Dennis, the bills the kids, you being in jail and Logan most of all. The weight loss, the hair loss just not feeling good its killing me. I tryed making an appointment with Scott had one but he got caught up in trial. I recieved a summons that was served here for you from Americredit for the 2001 Dodge Intrepid that got repoed you are to appear in court (Haverhill District) I brought in to Scotts office so he can take care of it. I told the lady I forget her name the short one with the weird voice to have Scott call me My Doctor has me on prozac and XanAX I swear Im going fucking crazy. They still dont seem to work

"EXHIBIT D"

only make me more tired. Logan all he has been doing is crying he has been waking up at 4am. I dont even dare make an appointment with Dr. torres how will I fucking get there. Brian I need a break from him I love him to pieces and loving him dearly but I'm so Stressed when he would wake up that early you would change him give him breakfast even if it made you late for work. you would come home from work and take right over no matter what. Colton gives me shit when I ask him to feed him dinner for me while I cook for us. "Why cant Dalton do it" I get every time. I Know its not Colts job but he knows more than Dalton when it comes down to it if Logan is choching etc. ... John is a fucking piece of Shit I hate him I cant take him any more lets see lets not go to work for 3 days in a row because I went to the bar and Cant get up for work than I have no money to pay board but drink the last of the milk.

"EXHIBIT D"

So the kids dont have any for morning or Logan dont have any for his cream o wheat or oatmeal. Brian its the worst feeling in the world not to be able to go by a gallon of milk cause you have no money. When you tried calling the other day it would not let the call through because the phone bill is 600.00 dollars they shut off the long distance and blocked collect calls. I heard you say Brian and Started Crying my eyes out. Off and the fucking living no matter what I do it smells like john its fucking gross. Im ready to have Renta center come get the living room set because For one I cant afford it two it smells like B.O. cause he wont put a sheet down when he sleeps its gross I cant even stand to walk through the living room. I live in the bedroom. Saturday the cable guy came and shut th Cable off because of Dennis he has not paid the cable for this apartment since 2004.

"EXHIBIT D"

and it was left in my name.
So now I have to pay a stupid
Cable bill and had to put it in
Coltons name that mother fucker
I hate him. I hate every body
right now. what ever happened
with the capitol one thing did you
write to them or have Scott take
care of it. Brian I cant pay it
or go to jail then our kids will
have nobody. I just dont know
what to do anymore. all the credit
card companies are coming after
me because my name was on them
and most of the charges where made
from me for US. I'M going to try to
get the Block taken off the phone so
you can call. well I just got
off the phone with verizon and
they are gonna take the Block off it
will take 24-48 hours but I have to
call another number to let them know I
will receive calls and because the
bill is so high I'm only gonna get a
$50.00 spending limit. The Collect call
Company said you will be able to cal
on Monday or tuesday well you will

"EXHIBIT D"

probally not get this letter intil mon -
Tues. So monday I will call to
make sure they took it off. So lets
plan for you to call at 4:00 pm I will
make sure I'm here hey but where am
I going any ways no where. My hand
is killing me the computer is out of
Ink and the boys has very little and there
to lazy to write by hand so I'll save
that for them to write again 3 days in
a row I have yelled at them to write
back they are going to do it today. They
have made some new friends kinda worried
they are like 13-14 yrs old but seem to
be good kids atleast there white not
the little p.r. punks down the street.
Dalton has been skating boarding with
them and going to the Library with
them. But Cotton stays inside on the
damn Computer he says its to hot to
go out, they gave up on camp said
it was boring. I don't know what
to do with them anymore. Dalton had
Only one staple but it was right in
the middle of the gash. I thought he
needed more because of how big it was
it was like an inch long and halfinch

*"EXHIBIT D"*

deep it was so gross. I almost
threw up every time I cleaned it.
He had his staple taken out on friday
then he went back on the damn
thing that same day as he got the
staple out after I said to stay off
the trampoline and he sprained his
ankle. I'm gonna kill him he does not
listen and has no fear. Two days ago
he wiped out on the skateboard and
split open his elbow people are
gonna think I beet him, but
thats Dalton for ya No Fear what
so ever. OK so now I'm the one
writing the novel I guess I'm just
scared to finish this letter and
answer your question, scared of
your reaction to what I'm going to
say but hopefully you will bear with
it. Brian I love you with all of
my heart and I see nothing or anyone
will ever change that and know we
should be together forever. You are
the other half of me you make me
whole. You complete me. right now I'm
so broken, messed up, confused, stressed

EXHIBIT
D

a heart left. But I do know I Love you and miss you more and more each day. I'm still with Dave he has moved in and is giving me 100.00 bucks a week board. This relationship is nothing more than him giving me money to try to pay the bills. I don't Love him Like I Love you Brian. I just keep saying to my self this will be over soon over and over again. I just keep thinking to my self what you had said when you first went to prison. That if I have do this kinda thing to do it. I said I would not do it, But look at how bad things have gotten. I cant even by a gallon of milk on my own. atleast his money is helping and he is ok with the kids I talk to the boys all the time to make sure there ok and tell them things will be better soon. I ask them if there ok with Dave and at any second there not ok he will be gone. Try to have faith in me Brian I'm trying my best for these boys. How is the house classes going? Are they still on is that still in place? "EXHIBIT D"

I think the best game plan at this point is for you to get out of there. Do you know where you are gonna stay when you get out? You know it would not be good to come hear because of Dennis. I was thinking you should stay with Nana for awhile and get back to work and then we can save to get out ot here and there and start over. I cant save any money never mind come up with first, last and security. Even if I still have to play this game with Dave when you get out so we can save. I hope you dont hate me or even think I'm full of shit its gonna take some maggor thinking and planning to get out of this. I know this sucks but we need to be careful with letters and phone calls because of Dave living here. I feel like I'm having an affair with my own husband. As far as Logan ofcourse he will stay with me when you get out so you can make the money to get us out of here. The Divorce has to an threw. I'm trying

EXHIBIT
D

to get some Rental assistance and
schooling for me and Daycare
for Logan, so I can go to school
part time and work part time
under the table. Remember Child
care Circuit? they have special
vochers for handicapped kids so he
will get a one on one teacher at
a daycare, but because I'm not on
welfare it's been real tough to get it
go figure. I dont sit home on my
ASS watching Jerry Springer and
collect welfare so I cant get
a voucher. I want to go to school
and work but "cant" you know that. So
Brian please have faith in me know
I Love you and only you and Dave
means nothing. we ~~~~ or I have
to play this smart so he stays
and helps out for awhile. ok yes
we both have to do this for us
its the only way right now. It
may be me & Dave together for awhile
but my heart belongs to you always.
and we will he together soon. Dave gets
out of work at 4 but has an hour
drive home so he dont get here till 5pm

*EXHIBIT D*

thats why I said call at 4pm or earlier if you can. I get the mail most of the time so be careful what you write the last letter I went down stairs to Richies and read it. So keep the letters about the boys coming we can talk about all this on the phone when you call, so we can continue to write about the kids and how things are around here. Any thing about us we can talk about on the phone or address it to Richie and tell him to give it to me when Dave is not around. I hope you can believe in us again and we can do this Brian. I get the mail like clock work during the week so you can write back to me about this at the begining of the week so it dont come on the weekend or maybe if you write on the weekend it gets here Tues or wed.

I LOVE YOU
Love Crystal

EXHIBIT D