Brian,

After talking with you this week and all we discussed I'm a little on edge. I know you talked to Richie and asked Richie if you were stupid to get back together with me. I think we need to slow things down. I'm still unsure about the whole idea and dont want to hurt you again. I know we belong together thats not the problem. I really just think we need to wait until your out of there before we commit again. We have to much together to throw away but things have been real crazy as you know. I'm gonna need alot of reassuring as I see things will change before we do this again. I do love you and want to be with you but right now I'm with Dave and I love him but its a different love than what we have. I think we can work on us when you get out but not right now. as you know John is moving out

EXHIBIT E

me and I need more time to figure this mess out. So please limit your calls and letters to me. Im not saying this to hurt you but I need more time Brian. I cant even sleep at night since we talked and have been writing Im upset been throwing up so please give me the space again just for right now then we can try to work this out when you get out. please dont take this the wrong way or give up when you get out.

Love always
Crystal

EXHIBIT E