Brian,

    I'm not sure which letter you are reading first if it is this one than read the other one first. If you have already read that one this one is to clear it up. I just got your last letter you wrote dated August 7th addressed to Richie. Brian I don't want you to get the wrong idea about that other letter. Its just I'm scared of what's to come in the near future. I want to get past all this shit too.. and start over right now it has to be this way. I love you and still will when you get out that will not change just have trust in me and try to deal with this situation for right now. I do think of you every day and will still do so but we need to stay focused on what is in front of us right now. I need to stay with Dave right now and cant keep writing these letters I don't want to but have to. I think it is the best we don't talk about us until you get out. Please trust me this will work out for the best in the end and we will have a new start. The holidays will come and go that will not change anything feelings you are worried about trust me please. So please be patient with me in my head I'm with Dave but in my heart I'm with you. I will try to get there very soon so we can fix this mess and bring your nose piece from your other glasses. We need to stop these letters and we will straighten it out in person. So just write to the boys for now

                              Love Crystal



EXHIBIT F