Crystal L Todd
27 Arlington Street
Haverhill, Mass 01830
(978)373-9837
(978)702-6454

Commonwealth Of Massachuesetts
The Trial Court
Probate And Family Court Department
Essex Division
Docket No. 06D0617DV1
Divorce

May 3, 2006

To whom it may concern,

I writing to you with hope you can please help with this matter. I have a four year old child who is severely disabled. Logan has global developmental delays and a severe seizure disorder, he requires my full time care. I am unable to work because I care for him and it is very differcult to get away. Logan does not know we are his parents and only knows I care for him and make him happy. I have brought him to the prison where his father is, but he does not even remember him, and it has only been fours months. It would be a great burden for me to attend the parenting course as it would be for Logan as well. Im all he knows and has these days. If this course could be waived it would be greatly appreiciated. I have also discused this matter with his Primary Care Doctor and he agrees that it would be differcult. I have enclosed a letter from this doctor for your reviewing.

Sincerly,

Crystal L Todd

4 August 2006
Treating the above as a motion, the obligation of each parent to attend a parent education course is waived. _C. Evens_
Justice

EXHIBIT 6