UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10246-PBS |
| v. | |
| BRIAN TODD | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                            August 28, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Emergency Motion for Modification of Sentence on **September 18, 2006**, at **4:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                    By the Court,

                    _/s/ Robert C. Alba__
                    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10246-PBS

v.

BRIAN TODD

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                  August 28, 2006

TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Emergency Motion for Modification of Sentence on **September 18, 2006**, at **4:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel