August 31, 2006

Honorable Patti B. Saris
United States District Courthouse
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

FILED
[CLER]KS OFFICE
2006 SEP -1 P 12: 42
[U.S.] DISTRICT COURT
[D]ISTRICT OF MASS.

RE: UNITED STATES v. TODD, Criminal Action No. 04-10246-PBS

Dear Judge Saris,

 I received today the motion of hearing scheduled for September 18, 2006 on my emergency motion for modification. As I am representing myself in this motion (pro se), my present incarceration will not allow me to participate in the hearing on the motion either by physically being present or by phone, unless an order issues from the court that requires my participation.

 I, therefore, request your assistance in ensuring my participation in this very important hearing. With all due respect to the B.O.P., I am quite certain that without an order of the court, my participation will not occur.

 I will leave it to your good judgement as to the extent of my participation, which I believe is necessary to assist the court in fully understanding the facts that underlie and support my request for modification.

Please treat this as a motion to order either my presence at the hearing so the U.S. Marshall's and/or B.O.P. will have instruction thereof, or a motion for me to participate by telephone, so that again the B.O.P. will have clear instructions as to my participation.

Thank you for consideration of my request.

Respectfully submitted,

Brian M. Todd
25139-038   I
FPC, Devens Camp
P.O. Box 879
Ayer, MA 01432