# EXHIBIT 1

## CHILDREN'S MEDICAL OFFICE OF NORTH ANDOVER, P.C.

477 ANDOVER STREET
NORTH ANDOVER, MA. 01845

(978) 975-3355
HTTP://WWW.CHMED.COM/

DAVID A. ANSEL, MD, FAAP
JASMIN F. BHATHENA, MD, FAAP
MARGARET R. BARSAM, MD, FAAP
RON SCHNEEBAUM, MD, FAAP
MARNIE BURTON, MSN, CPNP
TINA C********, MSN, CPNP
KIM SABATINO, MSN, CPNP

February 3, 2006

*Request for Parental Visitation*

RE:  Logan Todd
     DOB:  9/6/2001
     MR#   5054.3

To Whom It May Concern:

Logan is a patient of mine with global developmental delays, generalized hypotonia, a seizure disorder, hemifacial microsomia, leg length discrepancy, and macroglossia. He is presently non-ambulatory and wheelchair-bound.

Family disruption can be extremely difficult for a child with Logan's disabilities, and it is particularly important for Logan to be able to maintain a stable, consistent relationship with his father at this time.

I would appreciate any support you may extend to Logan and his mother during this difficult time for the family, while maintaining the integrity of your institutional requirements.

If I may be of further assistance, please do not hesitate to contact me at 978-265-1855 or by email.

Sincerely,

David A. Ansel, M.D., F.A.A.P.
*Board Certified in*
*Developmental-Behavioral Pediatrics*
Email: dransel@chmed.com

daa/gaa

"EXHIBIT A"

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN TODD, | ) | |
|     Petitioner, | ) | |
| | ) | Civ. Action No. 06-CV-40142 (JLT) |
| v. | ) | |
| | ) | |
| DAVID L. WINN, Warden | ) | |
|     Respondent. | ) | |

## DECLARATION OF PATRICK WARD

I, Patrick Ward, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately March 24, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens, as well as the Federal Prison Camp (FPC), regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. On August 31, 2006, I ran a SENTRY search to determine the status of Petitioner Brian Todd, Reg. No. 25139-038, with regard to his Projected Release Date from BOP custody, as well as the status of his pre-release placement to a Residential Reentry Center ("RRC")(formerly known as Community Corrections Center ("CCC")). Review of his records reveal that Petitioner Todd is serving a 15 month sentence for Bank Larceny. Petitioner's Full Term Expiration date would be April 21, 2007. His Projected Release Date from BOP custody, via Good Conduct Time release, is February 22, 2007. A true and accurate copy of the Sentence Monitoring Computation Data for Petitioner Todd is attached as **Document A**. Upon consultation with Petitioner's Case Manager, I was advised that Petitioner has not yet been considered for a pre-release placement to an RRC because he currently has an active state warrant within his release area. A true and accurate copy of Petitioner's Inmate Profile is attached as **Document B**.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 31st day of August, 2006.

                                                                Patrick Ward
                                                                Attorney Advisor
                                                                Consolidated Legal Center - Devens

# EXHIBIT 3



| | | |
|---|---|---|
| GEORGE W. CORKERY<br>CHIEF PROBATION OFFICER<br><br>PAUL L. DUBE<br>FIRST ASSISTANT<br>CHIEF PROBATION OFFICER<br><br>Telephone: (978) 687-7184<br>Telefax: (978) 686-2063 | **Trial Court of the Commonwealth**<br>**District Court Department**<br>**Lawrence Division**<br>PROBATION DEPARTMENT<br>FENTON JUDICIAL CENTER<br>2 APPLETON STREET<br>LAWRENCE, MA 01840-1525 | LAWRENCE W. MURRAY<br>ASSISTANT CHIEF PROBATION OFFICER<br><br>ROLAND J. BUONCUORE<br>ASSISTANT CHIEF PROBATION OFFICER<br><br>BEATRICE D. ZIPPER<br>ASSISTANT CHIEF PROBATION OFFICER |

September 19, 2006

Patrick Ward, Attorney Advisor
Consolidated Legal Center-Devins
Federal Bureau of Prisons
Devens, MA 01432

RE:   Brian Todd
      DOB   4/17/76
      SSN   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

Dear Attorney Ward:

I am the Chief Probation Officer in the Lawrence District Court. I researched our warrant management system and found no outstanding warrants on this individual. He has an open probation case in our court which will be extended. The last warrant he had here was removed on March 20, 2006.

Sincerely,

*George W. Corkery*
George W. Corkery
Chief Probation Officer