# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

———

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

September 28, 2006

Clerk
UNITED STATES DISTRICT COURTHOUSE
1 Courthouse Way
Boston, MA 02210

Attention: Robert Alba

Re:   Todd v. Winn, C.A. No. No. 06-40142-JLT
      United States v. Todd, Crim. Case No. 04-10246-PBS

Dear Mr. Alba:

Please be advised that the Defendant had requested that the above-referenced cases be consolidated for hearing on September 28, 2006.

This office was recently informed, after speaking directly with Tauro, J. Clerk, Zita Lovett, that Judge Tauro would not consolidate the cases and would instead await Saris, J. ruling in the criminal case prior to taking any procedural or scheduling action on the civil matter.

Thank you.

Very truly yours,

/s/Scott F. Gleason

Scott F. Gleason

SFG/mkf

cc: United States Attorney's Office

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE