September 25, 2006

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

FILED
CLERKS OFFICE
2006 SEP 27 P 1:58
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: C.A. No. 06-CV40142 (JLT) <u>Todd v Winn</u>
    Criminal No: 04-10246 (PBS) <u>United States of America v Todd</u>

Dear Clerk:

Enclosed please find the documentary evidence that the court requested in the September 18, 2006, hearing in the captioned cases regarding the non-existent arrest warrant. Enclosed is a letter dated September 19, 2006 from the Chief Probation Office of the Lawrence, MA District Court stating that there is no arrest warrant pending against Brian Todd. Also is the enclosed letter dated September 22, 2006 of my attorney.

Please have both documents entered into the court record/docket of this matter. Thank you for your anticipated cooperation. Judge Saris was expecting this evidence by September 28, 2006 and I would appreciate your effort in promptly docketing the same.

Very truly yours,
Brian M. Todd
25139-038 I
PO Box 879
FMC, Devens
Ayer, MA 01432