

GEORGE W. CORKERY
CHIEF PROBATION OFFICER

PAUL L. DUBE
FIRST ASSISTANT
CHIEF PROBATION OFFICER

Telephone: (978) 687-7184
Teletax: (978) 686-2063

**Trial Court of the Commonwealth**
**District Court Department**
**Lawrence Division**

PROBATION DEPARTMENT
FENTON JUDICIAL CENTER
2 APPLETON STREET
LAWRENCE, MA 01840-1525

LAWRENCE W. MURRAY
ASSISTANT CHIEF PROBATION OFFICER

ROLAND J. BUONCUORE
ASSISTANT CHIEF PROBATION OFFICER

BEATRICE D. ZIPPER
ASSISTANT CHIEF PROBATION OFFICER

September 19, 2006

Patrick Ward, Attorney Advisor
Consolidated Legal Center-Devins
Federal Bureau of Prisons
Devens, MA 01432

RE:    Brian Todd
       DOB    4/17/76
       SSN    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

Dear Attorney Ward:

I am the Chief Probation Officer in the Lawrence District Court.  I researched our warrant management system and found no outstanding warrants on this individual.  He has an open probation case in our court which will be extended.  The last warrant he had here was removed on March 20, 2006.

Sincerely,

George W. Corkery
Chief Probation Officer

# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

September 22, 2006

Patrick Ward, Attorney Advisor
Consolidated Legal Center-Devens
Federal Bureau of Prisons
Devens, MA  01432

Re:     *C.A. No. 06-CV40142(JLT) Todd v. Winn*
        *Criminal No.: 04-10246(PBS) United States of America v. Brian Todd*

Dear Attorney Ward:

Please be advised that a Massachusetts Warrant check reveals that Mr. Brian Todd does not have any active state warrants.  I have enclosed herewith a copy of a letter from the Chief Probation Officer in Lawrence, Massachusetts reflecting this fact.

There are no default warrants as erroneously indicated in the Declaration of Patrick Ward (also attached) and therefore, Mr. Todd may be considered for a pre-release to an RRC.

Thank you in advance for your cooperation.  If I may be of any further assistance, please feel free to contact me.

Very truly yours,

Scott F. Gleason

SFG/mkf
enc.

cc:     Michael J. Sullivan, Assistant U.S. Attorney
        Donald L. Cabell, Assistant U.S. Attorney
        S. Waqar Hasib, Assistant U.S. Attorney
        Theresa Manning, U.S. Probation Officer

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE