November 26, 2006

Honorable Patti B. Saris
United States District Court
District Of Massachusetts
One Courthouse Way
Boston, MA  02210

RE:  United States Of America v. Brian Todd  04-10246-PBS
     Todd v Winn 06-CV40142-JLT

Dear Judge Saris:

   I write this letter in reference to the above captioned matters.  I wanted to inform this Honorable Court that the Bureau Of Prisons has given a new date of halfway house placement which is November 29, 2006, in response to the civil action listed above which you tied my motion for modification to.

   Although through much research to 18 U.S.C. §§ 3621(b) and 3624(c), and the reading of footnotes in Goldings v Winn 383 F.3D 17, 19 Footnote 1, I understand that it ultimatley is the Bureau Of Prisons decision as to the specific placement of an inmate.  But with the current Orders being handed down to the BOP, which would directly impact the footnote in Goldings as I've referenced above, then 85% or more of these cases should be receiving a full six months halfway house.  I will bring to this Courts attention that as of today, with numerous Orders already handed down, zero inmates have received a full six months.  As a matter of fact, the BOP has instead decided to hand out anywhere from an additional 29-54 days.  The majority of these are in the 29 -30 day range, not even close to the six month mark for anyone, which would also mean that 85% of inmates are not receiving six months.  Or in the case that was before your Honor Choquette v Winn, the Petitioner received zero relief even after your Order.

   I just wanted to bring to light the situation that still exists at FMC Devens, even though I will not be here any longer.

   I would also like to take a minute and thank you for hearing my motion for modification and allowing it per Judge Tauro's Order.  I know that you probably receive letters everyday but I just wanted to thank you.  I made some mistakes in my past that caught up to me and this year I have truly seen the consequences.  This year may have torn my marriage apart, something I will work on fixing, but it has really shown me what is the most important in my life, which is my children.  I'm sure you hear stories all the time and mine could go on forever, so I won't.  I will just say thank you.  Thank you for being fair with myself through the entire process.  What I have left now is three years supervised release, I assure you I will not be back in front of you on a violation.  My family has suffered enough this year and I have truly seen the light that mistakes and wrong choices catch up to you, no matter how far back they go.

   Once again thank you for being fair and allowing myself to be heard.

                                                Very Truly Yours,

                                                Brian M. Todd
                                                27 Arlington Street #3
                                                Haverhill, MA 01830