AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BRIAN TODD

**WARRANT FOR ARREST**

Case Number: 04-CR-10246-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     BRIAN TODD
                                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation      ☐ Probation Violation Petition

charging him or her     (brief description of offense)

Violation of Conditions of Supervised Release

in violation of     18     United States Code, Section(s)     3606

| Patti B. Saris, U.S.D.J.    by /s/ Robert C. Alba | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | June 18, 2008, at Boston, Massachusetts |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                                                                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY USMS
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/24/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

(Stamp: U.S. MARSHAL SERVICE, BOSTON, MA — 2008 JUN 18 P 2:55)